JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aubrey D McFall,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Leland Dudek, ACTING COMMISIONER OF SOCIAL SECURITY[1],<br><br>　　　　Defendant. | Case No. 1:21-cv-00562-JLT-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from March 21, 2025

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

to April 21, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS. All other dates in the Court's Scheduling Order shall be extended accordingly.

      This is the third request for an extension of time but, Plaintiff's second request. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of March 24, 2025 and March 31, 2025 Plaintiff's Counsel has nine Merit briefs due and twenty-eight administrative hearings. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                            Respectfully submitted,

Dated: March 21, 2025        PENA & BROMBERG, ATTORNEYS AT LAW

                          By: */s/ Jonathan Omar Pena*
                              JONATHAN OMAR PENA
                              Attorneys for Plaintiff

Dated: March 21, 2025        MICHELLE BECKWITH
                              Acting United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Office of Program Litigation
                              Social Security Administration

                          By:  */s/Noah Schabacker*
                              NOAH SCHABACKER
                              Special Assistant United States Attorney
                              Attorneys for Defendant
                              (*As authorized by email on March 21, 2025)

## ORDER

Pursuant to stipulation and good cause appearing, Plaintiff shall have a 30-day extension of time, from March 21, 2025 to **April 21, 2025**, for Plaintiff to file and serve Defendant with PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS.

IT IS SO ORDERED.

Dated: **March 21, 2025**                    /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE